# EXHIBIT A

BC2
SIMON & SIMON PC
18 CAMPUS BLVD, STE 100
NEWTOWN SQUARE PA
19073-3240

**USPS CERTIFIED MAIL**

9436 0098 9864 3080 8193 66

PITNEY BOWES
$19.80 0
US POSTAGE
FIRST-CLASS
028W0002310186
9083110504
ZIP 19073
APR 22 2026

WALMART REAL ESTATE BUSINESS TRUST
702 SW 8TH ST
BENTONVILLE AR 72716-6209

Memo/Reference : 2024-85591

APR 2 9 2026

Marc I. Simon, Esquire ♦
Michelle Skalsky-Simon, Esquire (Retired)
Matthew J. Zamites, Esquire ~
Brian F. George, Esquire ♦♦
Michael K. Simon, Esquire ~
Mary G. McCarthy, Esquire ~
Adam Holtman, Esquire - -
Joshua D. Baer, Esquire ~
Amanda Nese, Esquire ~
Ashley Henkle, Esquire ~
Brittany Sturges, Esquire ~
Daniel Ward, Esquire ♦
Carleigh Baldwin, Esquire—
Roman Galas, Esquire ♦
Ryan Flaherty, Esquire ~
Paraskevoula Mamounas, Esquire ---
Nicola Serianni, Esquire ♦
Natalie Quinn Fitzpatrick, Esquire—
Carly Meau, Esquire—
Renée Rodrigues, Esquire—

~ Licensed in PA
♦ Licensed to practice in PA & NJ
♦♦ Licensed to practice in PA & MA
- Licensed to practice in NJ
— Licensed to practice in MA
--- Licensed to practice in PA, NY & NJ

SIMON & SIMON, PC
INJURY LAWYERS
Headquarters
18 Campus Blvd | Suite 100
Newtown Square, PA 19073
Tel: (215) 467-4666 | Fax: (267) 639-9006

Kane Daly, Esquire ~
Anthony Canale, Esquire ♦
Richard Santosusso, Esquire ♦
Harry Gosnear, Esquire ♦
Christopher Green, Esquire ♦
Abigail Boyd, Esquire~
Andrew Baron, Esquire~
Charles Williams, Esquire ♦
Christopher Barruezo, Esquire ♦
Adam Sorce, Esquire ~
Sam Reznik, Esquire ~
Mackenzie Bince, Esquire--
Christopher Boyle, Esquire ♦
Katherine Rice, Esquire~
Rachel Rosenfeld, Esquire ♦
Nicole Hatton, Esquire ♦
Lauren Steins, Esquire ♦
Kelsey Krier, Esquire ♦
Diana Brocco, Esquire ♦

marcsimon@gosimon.com
www.gosimon.com

**Via Certified Mail**
Walmart Real Estate Business Trust
702 S.W. 8th Street
Bentonville, AR 72716

RE: Lawsuit Filed Against You
Docket Number: CI-26-02680

Dear Sir/Madam:

Please find the enclosed Discovery Requests. Please turn this matter over to your insurance carrier.

Very truly yours,

**SIMON & SIMON, PC**

ADDITIONAL OFFICES
PHILADELPHIA | 2 Logan Square | Suite 300 | Philadelphia, PA 19103 | Tel: (215) 467-4666
CAMDEN | 401 Market Street | PO Box 807 | Camden, NJ 08101 | Tel: (856) 457-6393
PITTSBURGH | 301 Grant St Suite 270 | Pittsburgh, PA 15219 | Tel: (412) 360-7257
ERIE | 1001 State Street | Suite 1400 | Erie, PA 16501 | Tel: (814) 240-5190
BOSTON | 100 Cambridge St | 14th Floor | Boston, MA 02114 | Tel: (857) 233-0559

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

LANCASTER County

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

*For Prothonotary Use Only:*

Docket No:

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

Lead Plaintiff's Name: Gisela Torres

Lead Defendant's Name: Wal-Mart Stores East, LP, et al.,

**Are money damages requested?** [x] Yes [ ] No

Dollar Amount Requested: (check one) [ ] within arbitration limits [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes [x] No

**Is this an *MDJ Appeal*?** [ ] Yes [x] No

Name of Plaintiff/Appellant's Attorney: Harry Gosnear, Esquire

[ ] **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE.*** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [x] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**

Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

LANCASTER County

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

*For Prothonotary Use Only:*

Docket No: 26-02680

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [X] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

Lead Plaintiff's Name: Gisela Torres

Lead Defendant's Name: Wal-Mart Stores East, LP, et al.,

**Are money damages requested?** [X] Yes [ ] No

Dollar Amount Requested: (check one) [ ] within arbitration limits [X] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes [X] No

**Is this an *MDJ Appeal*?** [ ] Yes [X] No

Name of Plaintiff/Appellant's Attorney: Harry Gosnear, Esquire

[ ] **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE***. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [X] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**

Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

Docusign Envelope ID: 8774C85F-55E8-4D9F-8767-D7C465E62D84

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

THIS IS NOT AN ARBITRATION COMPLAINT
AN ASSESSMENT OF DAMAGES HEARING
IS REQUIRED

**SIMON & SIMON, P.C.**
BY: Harry Gosnear, Esquire
Attorney ID: 93484
***Attorneys for Plaintiff(s)***
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215) 467-4666

| | | |
|---|---|---|
| Gisela Torres<br>1617 Princess Anne Drive<br>Lancaster, PA 17601<br>Plaintiff<br>v.<br><br>Wal-Mart Stores East, LP<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br>And<br>Walmart Real Estate Business Trust<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br>Defendants | : | COURT OF COMMON PLEAS<br>LANCASTER COUNTY<br><br><br><br>No. 26-02680 |

pd 4/17/26 $ 181.50 Receipt 209399 Amg Order # 02600758

Docusign Envelope ID: 8774C85F-55E8-4D9F-8767-D7C465E62D84

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.

You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lancaster Bar Association
Lawyer Referral Service
28 East Orange Street
Lancaster, PA 17602
Telephone: 717-393-0737

Docusign Envelope ID: 8774C85F-55E8-4D9F-8767-D7C465E62D84

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

**COMPLAINT** 26-02680

1. Plaintiff, Gisela Torres ("Plaintiff"), is an adult individual and resident of the Commonwealth of Pennsylvania, residing at the address listed in the above caption of this Complaint.

2. Defendant, Wal-Mart Stores East, LP, is a business entity registered to do business in the State of Arkansas, with a business address listed in the caption of this Complaint, and which at all times material hereto was the operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at 2034 Lincoln Highway E., Lancaster, PA 17602.

3. Defendant, Walmart Real Estate Business Trust, is a business entity registered to do business in the State of Arkansas, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at 2034 Lincoln Highway E., Lancaster, PA 17602.

4. Defendants named in paragraphs 2 through 3 above will be collectively referred to as "Defendants" for the entirety of this Complaint.

5. Upon information and belief, Defendants regularly and systematically transact business in Lancaster County so as to be subject to venue and in personem jurisdiction in Lancaster County.

6. At all relevant times, Defendants were acting individually, jointly and/or by and through its agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises located in the check-out area of Walmart, 2034 Lincoln Highway E., in Lancaster, PA, referred to hereinafter as "the premises."

Docusign Envelope ID: 6774C85F-55E8-4D9F-8767-D7C465E62D84

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

7. On or about June 15, 2024, Plaintiff was a business invitee, licensee and/or otherwise legally on Defendants' premises.

8. At all times relevant hereto, Defendants, individually, jointly and/or through their agents, servants, franchisees, workmen and/or employees, had a duty to keep and maintain the aforesaid premises in a reasonably safe condition for those persons lawfully thereon, including Plaintiff.

9. On or about June 15, 2024, while on Defendants' premises, Plaintiff was caused to slip and fall on a slippery substance while walking at or near the check-out area, causing serious and permanent personal injuries on account of which this action is brought.

10. At or about the same date, time and place in question, and for some period of time prior thereto, Defendants, acting individually, jointly and/or by and through their agents, servants, franchisees, workmen and/or employees, negligently and/or carelessly allowed and permitted dangerous and unsafe conditions to exist, including, but not limited to, the conditions which directly resulted in the Plaintiff's injuries.

**COUNT I**
**Gisela Torres v. Wal-Mart Stores East, LP**
**Negligence**

11. Plaintiff incorporates by reference herein the allegations set forth in the aforementioned paragraphs of this Complaint, inclusive, as if set forth herein at length.

12. The negligence of Defendant consisted of, inter alia, the following:

a. Failure to clean up the slippery substance near the check-out area, thereby causing Plaintiff to slip and fall;

b. Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c. Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

d. Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

e. Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

f. Failure to provide adequate safeguards to prevent the injury to Plaintiff; and

g. Failure to exercise the proper care, custody and control over the aforesaid premises.

13. As a direct and proximate result of the negligent and/or careless conduct of the Defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and other ills and injuries, including, but not limited to, the back and right knee. Specifically, lumbar disc protrusions at levels L4-L5 and L5-S1, necessitating radio-frequency ablation, all to Plaintiff's great loss and detriment.

14. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

15. As an additional result of the carelessness and/or negligence of Defendant, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

16. As a further result of Plaintiff's injuries, Plaintiff has in the past, presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

17. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

has also incurred or will incur medical, rehabilitative and other related expenses for which she makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Gisela Torres, demands judgment in Plaintiff's favor and against Defendant, Wal-Mart Stores East, LP, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court.

**COUNT II**
**Gisela Torres v. Walmart Real Estate Business Trust**
**Negligence**

18. Plaintiff incorporates by reference herein the allegations set forth in the aforementioned paragraphs of this Complaint, inclusive, as if set forth herein at length.

19. The negligence of Defendant consisted of, inter alia, the following:

a. Failure to clean up the slippery substance near the check-out area, thereby causing Plaintiff to slip and fall;

b. Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c. Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

d. Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

e. Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

f. Failure to provide adequate safeguards to prevent the injury to Plaintiff; and

g. Failure to exercise the proper care, custody and control over the aforesaid premises.

20. As a direct and proximate result of the negligent and/or careless conduct of the Defendant, described above, the Plaintiff suffered various serious and permanent personal injuries,

Docusign Envelope ID: 8774C85F-55E8-4D9F-8767-D7C465E62D84

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and other ills and injuries, including, but not limited to, the back and right knee. Specifically, lumbar disc protrusions at levels L4-L5 and L5-S1, necessitating radio-frequency ablation, all to Plaintiff's great loss and detriment.

21. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

22. As an additional result of the carelessness and/or negligence of Defendant, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

23. As a further result of Plaintiff's injuries, Plaintiff has in the past, presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

24. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which she makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Gisela Torres, demands judgment in Plaintiff's favor and against Defendant, Walmart Real Estate Business Trust, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court.

SIMON & SIMON, PC

HARRY GOSNEAR, ESQUIRE
*Attorney for Plaintiff*

Docusign Envelope ID: 8774C85F-55E8-4D9F-8767-D7C465E62D84

Lancaster County Prothonotary E-Filed - 16 Apr 2026 03:53:54 PM
Case Number: CI-26-02680

26-02680

VERIFICATION

I am the Plaintiff in this action, and I hereby state that the facts set forth in the foregoing complaint are true and correct to the best of my knowledge, information and belief. I understand that this Verification is subject to 18 P.a.C.S. § 4904 providing for criminal penalties for unsworn falsification to authorities.

DocuSigned by:
[signature]
452B60A491D448E...